## Commonwealth *v.* Simon, Appellant.

Submitted December 16, 1975. *Joseph F. Sklarosky*, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted September 8, 1975. *John M. Humphrey*, and *Candor, Youngman, Gibson & Gault*, for appellant; *Allen E. Ertel*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.